**Opinion issued October 13, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00612-CR

———————————

## IN RE KEVIN DEMOND SCOTT, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Kevin Demond Scott seeks a writ of mandamus to compel the trial court to consider and rule on a motion for diligent participation credit.[1] *See* TEX. CODE CRIM. PROC. ANN. art. 42.12, §15(h) (West Supp. 2016).

We deny the petition. Any pending motions are denied as moot.

### PER CURIAM

Panel consists of Justices Jennings, Keyes, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying case is *The State of Texas v. Kevin Scott*, cause number 1502773, pending in the 228th District Court of Harris County, Texas, the Honorable Frank C. Price, sitting for the Honorable Marc Carter, 228th District Court.